# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## DISTRICT OF NEVADA

LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

**DEBRA K. KEMPI**
DISTRICT COURT EXECUTIVE/CLERK

**CYNTHIA K. JENSEN**
CHIEF DEPUTY, LAS VEGAS

**JAKE HERB**
CHIEF DEPUTY, RENO

8/7/2017

Clerk, U.S. District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave
Milwaukee, WI 53202
wied_clerks_milw@wied.uscourts.gov

RE:   USA v. Hutchins
       Your Case No. 2:17-cr-124-JPS
       Our Case No. 2:17-mj-00825-NJK

Dear clerk:

   Please be advised that the above-referenced defendant was arrested in the District of Nevada (Las Vegas) on a warrant issued by the _____Eastern District of Wisconsin_____ and appeared before United States Magistrate Judge ___Nancy J. Koppe___ on ___8/3/2017___.

☐ The Defendant has been detained and remanded to the custody of the United States Marshal for transport.

☑ The Defendant was released on a cash bond and ordered to appear in your court on ___8/8/2017 at 9:30 a.m.___.

   All documents completed in this district may be accessed via PACER and our website at https://ecf.nvd.uscourts.gov.

Thank you.

**DEBRA K. KEMPI, CLERK**
By:

 /s/ Monica Reyes
_____
Deputy Clerk


Date Received:_____

Received by:_____